DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID STILLER,**
Appellant,

v.

**CHRISTINE STILLER,**
Appellee.

No. 4D2022-3100

[December 7, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502020DR009312.

Richard J. Boyle of Yaffa Family Law Group, Boca Raton, for appellant.

Caryn A. Stevens of Stephens & Stevens, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***